IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT A. YOUNG, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO. 04-3846 |
| v. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al., | : | |
| Respondents. | : | |

## MEMORANDUM AND ORDER

Petitioner has filed 12 objections to the Report and Recommendation of Magistrate Judge M. Faith Angell. Each objection is essentially a restatement of the basis of petitioner's claims for relief in his habeas corpus petition.

Each claim in that petition has been carefully, and in my opinion, correctly addressed by the Magistrate Judge in her thorough 38-page Report and Recommendation.

Petitioner has also failed to make any substantial showing of the denial of any constitutional right.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED and DISMISSED without an evidentiary hearing.**

3. There is no basis for the issuance of a certificate of appealability, since there has been no substantial showing of the denial of any constitutional right.

**IT IS SO ORDERED** this 7th day of May, 2009.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.